IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LANDY C. LEEP,<br>　　　　Plaintiff,<br>　v.<br><br>TRINITY UNIVERSAL<br>INSURANCE COMPANY,<br>　　　　Defendant. | CV 16-057-BLG-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO PERMIT APPEARANCE BY TELEPHONE** |
| TRINITY UNIVERSAL<br>INSURANCE COMPANY,<br>　　　　Third-Party Plaintiff,<br>　v.<br><br>SPRAGUE CONSTRUCTION<br>ROOFING, LLC, a Montana Limited<br>Liability Company,<br>　　　　Third-Party Defendant. | |

Defendant and Third-Party Plaintiff Trinity Universal Insurance Company has filed an unopposed motion requesting that its counsel be permitted to attend the Preliminary Pretrial Conference scheduled for May 4, 2017 telephonically. (Doc. 64.) Accordingly, IT IS ORDERED that the motion is GRANTED. Ross D. Tillman and Mary Cile Glover-Roger may appear by telephone. Counsel shall use the Court's conferencing system:

　　　　a.　　Dial 1-877-848-7030

　　　　b.　　Enter Access Code 5492555 #

　　　　c.　　Press #

DATED this 21st day of April, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge