IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LANDY C. LEEP,<br><br>　　　　Plaintiff,<br>　v.<br><br>TRINITY UNIVERSAL<br>INSURANCE COMPANY,<br><br>　　　　Defendant. | CV 16-057-BLG-TJC<br><br><br>**ORDER GRANTING TRINITY<br>UNIVERSAL INSURANCE<br>COMPANY'S  MOTION TO<br>VACATE SCHEDULING ORDER** |
| TRINITY UNIVERSAL<br>INSURANCE COMPANY,<br><br>　　　　Third-Party Plaintiff,<br>　v.<br><br>SPRAGUE CONSTRUCTION<br>ROOFING, LLC, a Montana Limited<br>Liability Company,<br>　　　　Third-Party Defendant. | |

Defendant and Third-Party Plaintiff Trinity Universal Insurance Company ("Trinity") filed a Motion to Vacate the Scheduling Order, asking the Court tovacate the current deadlines because a new party, Carlos Ramirez Construction Co., Inc. ("Ramirez"), has been added to this case.  (Doc. 81.)  On July 14, 2017, the Court granted in part and reserved in part Trinity's motion, and directed

Plaintiff Landy C. Leep ("Leep") to respond.  (Doc. 84.)  Leep filed a response on July 19, 2017.  (Doc. 87.)

Upon consideration of Trinity's motion, Leep's response, and the procedural posture of the case, the Court finds it is appropriate to vacate the remaining deadlines in the Scheduling Order.  Accordingly, IT IS HEREBY ORDERED:

1. Trinity's Motion to Vacate the Scheduling Order is GRANTED, and all deadlines set forth in the May 5, 2017 Scheduling Order are VACATED.

2. The Court will schedule a further Scheduling Conference to reset the pretrial deadlines after Ramirez has appeared in this action.

DATED this 24th day of July, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge