IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LANDY C. LEEP,<br>　　　Plaintiff,<br>　v.<br><br>TRINITY UNIVERSAL<br>INSURANCE COMPANY and<br>SPRAGUE CONSTRUCTION<br>ROOFING, LLC,<br>　　　Defendants. | CV 16-57-BLG-TJC<br><br>**ORDER** |
| TRINITY UNIVERSAL<br>INSURANCE COMPANY,<br>　　　Third-Party Plaintiff,<br>　v.<br><br>SPRAGUE CONSTRUCTION<br>ROOFING, LLC, and CARLOS<br>RAMIREZ CONSTRUCTION Co.,<br>Inc.,<br>　　　Third-Party Defendants. | |

　　　The Court having been notified of the settlement of this case by Magistrate Judge John Johnson (Doc. 129), and it appearing that no issue remains for the Court's determination,

　　　IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

　　　IT IS FURTHER ORDERED that all pending motions (Docs. 108, 112) are

DENIED AS MOOT, and any pending deadlines are VACATED.

DATED this 29th day of March, 2018.

/s/ Timothy J. Cavan
TIMOTHY J. CAVAN
United States Magistrate Judge