IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LANDY C. LEEP,<br>      Plaintiff,<br>v.<br><br>TRINITY UNIVERSAL INSURANCE COMPANY and SPRAGUE CONSTRUCTION ROOFING, LLC,<br>      Defendants. | CV 16-57-BLG-TJC<br><br>**ORDER** |
| TRINITY UNIVERSAL INSURANCE COMPANY,<br>      Third-Party Plaintiff,<br>v.<br><br>SPRAGUE CONSTRUCTION ROOFING, LLC, and CARLOS RAMIREZ CONSTRUCTION Co., Inc.,<br>      Third-Party Defendants. | |

Upon the Stipulation for Dismissal with Prejudice by the parties (Doc. 133), and good cause shown, IT IS HEREBY ORDERED that the above-entitled matter is DISMISSED WITH PREJUDICE, each party to bear its own costs of suit and attorney fees. Trinity's motion for a one-week extension of time to file the Stipulation of Dismissal (Doc. 132) is DENIED as MOOT.

DATED this 30th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge